UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Weaver Cooke Construction, LLC, )
         Appellant, )
)
v. ) **JUDGMENT**
)
Gouras, Inc., ) No. 5:14-CV-713-BR
)
         Appellee. )
)

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the 26 September 2014 order of the bankruptcy court is AFFIRMED IN PART, REVERSED IN PART, and REMANDED for further proceedings.

**This judgment filed and entered on August 26, 2016, and served on:**

Joseph P. Gram  (via CM/ECF Notice of Electronic Filing)
Kelli E Goss  (via CM/ECF Notice of Electronic Filing)
 Luke J. Farley  (via CM/ECF Notice of Electronic Filing)
C. Hamilton Jarrett, III  (via CM/ECF Notice of Electronic Filing)
Jay P. Tobin (via CM/ECF Notice of Electronic Filing)

August 26, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk